# EXHIBIT

# A

RECEIVED
AUG 25 2026
U.S. DISTRICT COURT
DISTRICT OF R.I.

**High Security Center**
54 Power Road Cranston, RI 02920
(401) 462-2267 Fax: (401) 462-0876



**JAMES E HARRIS**
Male DOB: 1986 127609

**03/11/2026 - Lab Report: H PYLORI BREATH TEST**
**Provider: Audrey Levy-Lachance PA-C, JD**
**Location of Care: Rhode Island Department of Corrections**

```
Patient: JAMES  HARRIS
ID: ESCLLIS 127609
Note: All result statuses are Final unless otherwise noted.

Tests: (1) H PYLORI BREATH TEST (5173)
  Order Note: PERFORMING LAB: SUNRISE MEDICAL LABORATORY 250 MILLER PLACE
HICKSVILLE, NY 11801-1826
  Order Note: LAB ORDERED BY: AUDREY LEVY-LACHANCE, PA-C REQUESTED COPY TO
DEPARTMENT OF CORRECTIONS
!                      [H]  POSITIVE                    NEGATIVE        *1
             Urea Breath Test should not be used until 2 weeks or more
             after the end of treatment as earlier post-treatment
             assessment may give false negative results.

    Performed At: SUNRISE MEDICAL LABORATORY
                  250 MILLER PLACE
                  HICKSVILLE, NY 11801
    SUNRISE CLIA # 33D0654120

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 03/12/2026 8:25 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 03/11/2026 09:05
Requested date-time:
Receipt date-time: 03/11/2026 13:47
Reported date-time: 03/12/2026 08:24
Referring Physician:
Ordering Physician: AUDREY LEVYLACHANCE (AUDREY.LEVYLACHANCE)
Specimen Source:
Source: ESCLLIS
Filler Order Number: D60702684
Lab site:
Producer ID *1:EM EAST SIDE CLINICAL LAB 10 RISHO AVENUE  EAST PROVIDENCE RI


-----------------

The following results were not dispersed to the flowsheet:

  H PYLORI BREATH TEST, POSITIVE, (F)
```

**Electronically signed by Audrey Levy-Lachance PA-C, JD on 03/12/2026 at 11:38 AM**

---