# EXHIBIT

# B

RECEIVED
AUG 25 2026
U.S. DISTRICT COURT
DISTRICT OF R.I.

**High Security Center**
54 Power Road Cranston, RI 02920
(401) 462-2267 Fax: (401) 462-0876



**JAMES E HARRIS**
Male DOB: /1986 127609

**03/13/2026 - Provider Sick Call: Provider Sick Call:Asymptomatic H. Pylori Infection**
**Provider: Audrey Levy-Lachance PA-C, JD**
**Location of Care: Rhode Island Department of Corrections**

## Encounter Context

**Facility at time of evaluation:** High Security Center
**Age at Time:** 39 Years Old

**Problem List**
Helicobacter pylori infection (ICD-041.86) (ICD10-B96.81)
Cerumen impaction, bilateral (ICD-380.4) (ICD10-H61.23)
Screen for condition (ICD-V82.89) (ICD10-Z13.9)
Psoriasis (ICD-696.1) (ICD10-L40.9)
Foot pain, left (ICD-729.5) (ICD10-M79.672)
Depression (ICD-311) (ICD10-F32.9)
CKD stage 2 (gfr 60-89) (ICD-585.2) (ICD10-N18.2)
Hypotension (ICD-458.9) (ICD10-I95.9)
COVID-19 asymptomatic, no exposure, testing results unknown or negative screening (ICD10-Z11.59)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Medical exam for administrative purposes (ICD-V70.3) (ICD10-Z02.9)
Medical exam for administrative purposes (ICD-V70.3) (ICD10-Z02.9)
Medical exam for administrative purposes (ICD-V70.3) (ICD10-Z02.9)
Preauricular cyst (ICD-744.47) (ICD10-Q18.1)
Pain in limb (ICD-729.5) (ICD10-M79.609)

**Medication List**
CLOBETASOL PROPIONATE 0.05 % EXT CREA (CLOBETASOL PROPIONATE) Apply to affected area twice daily as needed; Route: EXTERNAL

**Allergies List**
RITALIN (METHYLPHENIDATE HCL) (Critical)

**Chief Complaint:** + H. Pylori Breath Test
**History of Present Illness: with details regarding duration, frequency, relieving and worsening factors, etc.** 39 y/o male being seen at my request due to a positive H. Pylori Breath Test. Patient states "I asked for the test because a lot of people are testing positive." When asked if he was experiencing any sytoms of heartburn, reflus the patient emphatically denied he was experiencing any symtoms. Patient denied a family h/o gastric cancer, ulcer disease, gastritis. Patient is not taking NSAID's or ASA.

## Review of Systems

## Current Vital Signs

**Sitting BP:** 103 / 58
**Pulse rate:** 56 **Pulse rhythm:** Regular
**Respirations:** 16 **Respiration Type:** Unlabored
**Pulse Ox%** 98 **Room Air:** Yes **Previous Height:** 67 (12/05/2025 9:33:08 AM) **Previous Weight:** 137 (12/05/2025 9:33:08 AM)
**Current Height (in.):** 69 **Current Weight (lbs):** 135

**High Security Center**
54 Power Road Cranston, RI 02920
(401) 462-2267 Fax: (401) 462-0876



**JAMES E HARRIS**
Male DOB: '1986 127609

**Current BMI:** 20.01

## Pain Assessment

**Are you currently experiencing any pain?** No

## Physical Examination

### General

Normal. Well appearing, ambulates to the examination room without assistance. Is able to sit comfortably on the exam table without difficulty or evidence of pain.

### Neurological

Awake, alert, OX3, speech clear, gait steady in shackles

### Lungs

Normal. Equal breath sounds, no adventitious sounds, wheezes, rhonchi or rales.

### Cardio

S1S2 regular w/o m/r/g

### Abdomen

+BS, soft, nontender, no masses, no bruits, no body fat.

### Extremities

Normal. Warm and without edema. Good distal pulses

### Musculoskeletal

moving all equally and symmetrically

### Skin

warm, dry

## Practitioner Assessment & Plan

**New Orders:**
H PYLORI BREATH TEST [5173].
**Disposition:** General Population

**Plan Comments:** Asymptomatic H. Pylori Infection - patient has no risk factors which would necessitate treatment at this time - patient to f/u with his family to ensure there is no h/o gastric ca/ulcers/gastritis - patient to report the development of any heartburn or reflux symptoms - if patient requires any long-term treatment w/NSAID or ASA then I would treat - will observe patient and repeat breath test to make sure it was not a false positive.

**Interpretation:**
**Does the individual need an interpreter?** No
**Language:** English

**High Security Center**
54 Power Road Cranston, RI 02920
(401) 462-2267 Fax: (401) 462-0876



**JAMES E HARRIS**
Male DOB: ./1986 127609

**Electronically signed by Audrey Levy-Lachance PA-C, JD on 03/13/2026 at 11:00 AM**

---