# EXHIBIT

# C

RECEIVED
AUG 25 2026
U.S. DISTRICT COURT
DISTRICT OF R.I.

**High Security Center**
54 Power Road Cranston, RI 02920
(401) 462-2267 Fax: (401) 462-0876



**JAMES E HARRIS**
Male DOB: 1986 127609

**05/07/2026 - Provider Sick Call: Provider Sick Call:Acute Pharyngitis**
**Provider: Audrey Levy-Lachance PA-C, JD**
**Location of Care: Rhode Island Department of Corrections**

## Encounter Context

**Facility at time of evaluation:** High Security Center
**Age at Time:** 39 Years Old

**Problem List**
Helicobacter pylori infection (ICD-041.86) (ICD10-B96.81)
Screen for condition (ICD-V82.89) (ICD10-Z13.9)
Psoriasis (ICD-696.1) (ICD10-L40.9)
Foot pain, left (ICD-729.5) (ICD10-M79.672)
Depression (ICD-311) (ICD10-F32.9)
CKD stage 2 (gfr 60-89) (ICD-585.2) (ICD10-N18.2)
COVID-19 asymptomatic, no exposure, testing results unknown or negative screening (ICD10-Z11.59)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)

**Medication List**
IBUPROFEN 400 MG ORAL TABLET (IBUPROFEN) Take 1 three times daily as needed; Route: ORAL
ALLERGY 4 MG ORAL TABLET (CHLORPHENIRAMINE MALEATE) Take 1 three times daily as needed; Route: ORAL
CLOBETASOL PROPIONATE 0.05 % EXT CREA (CLOBETASOL PROPIONATE) Apply to affected area twice daily as needed; Route: EXTERNAL

**Allergies List**
RITALIN (METHYLPHENIDATE HCL) (Critical)

**Chief Complaint:** Sore throat x 5 days
**History of Present Illness: with details regarding duration, frequency, relieving and worsening factors, etc.** 39 y/o male c/o 5 day h/o sore throat and swollen gland left neck. Reports he is having difficulty swallowing food, pain is constant, feels like he has a fever at night, denies HA, earache, nasal congestion. Patient denies any symptoms of heartburn, reflux - he is H. Pylori +, asymptomatic.

## Review of Systems

## Current Vital Signs

**Temperature:** 98.1 **Temperature site:** Temporal
**Sitting BP:** 106 / 63
**Pulse rate:** 55 **Pulse rhythm:** Regular
**Respirations:** 16 **Respiration Type:** Unlabored
**Pulse Ox%** 99 **Room Air:** Yes **Previous Height:** 69 (03/13/2026 9:28:29 AM) **Previous Weight:** 135 (03/13/2026 9:28:29 AM)
**Current Height (in.):** 69 **Current Weight (lbs):** 136
**Current BMI:** 20.16

## Physical Examination

**High Security Center**
54 Power Road Cranston, RI 02920
(401) 462-2267 Fax: (401) 462-0876


**JAMES E HARRIS**
Male DOB: '1986 127609

### General
Normal. Well appearing, ambulates to the examination room without assistance. Is able to sit comfortably on the exam table without difficulty or evidence of pain. Handcuffed, shackled, orange jumper

### Neurological
Awake, alert, OX3, speech clear, gait steady

### HEENT
**Ears:** Normal. Canal and pinna without tenderness or exudate, TM's clear with good cone of light
**Nose:** w/o drainage
**Mouth:** Normal. Oral mucosa pink, tongue midline.
**Throat:** ++ erythema, no exudates, mild tonsillar swelling

### Neck
Supple, trachea midline, no thyromegaly, + left anterior cervical adenopathy

### Lungs
Normal. Equal breath sounds, no adventitious sounds, wheezes, rhonchi or rales.

### Cardio
S1S2 regular w/o m/r/g

## Practitioner Assessment & Plan
**New Medications:**
AMOXICILLIN 875 MG ORAL TABS Take 1 every 12 hours x 7 days; Route: ORAL.
**Disposition:** General Population

**Plan Comments:** Acute Pharyngitis - Amoxicillin twice daily x 7 days. RTC as needed.

**Interpretation:**
**Does the individual need an interpreter?** No
**Language:** English

**Electronically signed by Audrey Levy-Lachance PA-C, JD on 05/07/2026 at 9:51 AM**