# EXHIBIT

# D

RECEIVED
AUG 25 2026
U.S. DISTRICT COURT
DISTRICT OF R.I.

**High Security Center**
54 Power Road Cranston, RI 02920
(401) 462-2267 Fax: (401) 462-0876



**JAMES E HARRIS**
Male DOB: /1986 127609

**05/21/2026 - Provider Sick Call: Provider Sick Call:Epigastric Burning**
**Provider: Audrey Levy-Lachance PA-C, JD**
**Location of Care: Rhode Island Department of Corrections**

## Encounter Context

**Facility at time of evaluation:** High Security Center
**Age at Time:** 39 Years Old

**Problem List**
Helicobacter pylori infection (ICD-041.86) (ICD10-B96.81)
Screen for condition (ICD-V82.89) (ICD10-Z13.9)
Psoriasis (ICD-696.1) (ICD10-L40.9)
Foot pain, left (ICD-729.5) (ICD10-M79.672)
Depression (ICD-311) (ICD10-F32.9)
CKD stage 2 (gfr 60-89) (ICD-585.2) (ICD10-N18.2)
COVID-19 asymptomatic, no exposure, testing results unknown or negative screening (ICD10-Z11.59)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)

**Medication List**
CLOBETASOL PROPIONATE 0.05 % EXT CREA (CLOBETASOL PROPIONATE) Apply to affected area twice daily as needed; Route: EXTERNAL

**Allergies List**
RITALIN (METHYLPHENIDATE HCL) (Critical)

**Chief Complaint:** Epigastric burning
**History of Present Illness: with details regarding duration, frequency, relieving and worsening factors, etc.** Patient evaluated for acute pharyngitis on 5/7/26 - treated with Amoxicillin twice daily x 7 days, completed treatment on 5/14/26. Developed epigastric burning 4 days ago, only occurs after dinner and lasts for 4 hours. No symptoms during the day. Patient is H. Pylori positive but had been asymptomatic until treated for the acute pharyngitis. Patient reports complete resolution of sore throat symptoms.

## Review of Systems

## Current Vital Signs

**Sitting BP:** 109 / 81
**Pulse rate:** 91 **Pulse rhythm:** Regular
**Respirations:** 16 **Respiration Type:** Unlabored
**Pulse Ox%** 99 **Room Air:** Yes **Previous Height:** 69 (05/07/2026 8:00:18 AM) **Previous Weight:** 136 (05/07/2026 8:00:18 AM)

## Physical Examination

### General

Normal. Well appearing, ambulates to the examination room without assistance. Is able to sit