# EXHIBIT

# E

RECEIVED
AUG 25 2026
U.S. DISTRICT COURT
DISTRICT OF R.I.

**JAMES E HARRIS**
Male DOB· 1986 127609

comfortably on the exam table without difficulty or evidence of pain.

**Neurological**
Awake, alert, OX3, speech clear, gait steady

**HEENT**
**Mouth:** Normal. Oral mucosa pink, tongue midline.
**Throat:** Normal. No erythema, exudate or tonsillar swelling

**Neck**
Normal. Supple, trachea midline, no thyromegaly or adenopathy - left cervical nodal swelling resolved

**Abdomen**
+BS, thin, tender to palpation epigastric area w/o guarding or rebound

## Practitioner Assessment & Plan

**Disposition:** General Population

**Plan Comments:** Epigastric Burning - patient known to be H. Pylori + but asymptomatic until treated with antibiotics for acute pharyngitis - will monitor for one more week - if symptoms persist or worsen will treat the H. Pylori.

**Interpretation:**
**Does the individual need an interpreter?** No
**Language:** English

**Electronically signed by Audrey Levy-Lachance PA-C, JD on 05/21/2026 at 11:45 AM**