# EXHIBIT

# F

RECEIVED
AUG 25 2026
U.S. DISTRICT COURT
DISTRICT OF R.I.

informal basis, a structured grievance process, as described herein, is used to investigate and where appropriate, resolve the grievance.

D. Under no circumstances will an inmate be denied the right to file an informal or formal grievance, except in instances where there may be an abuse of the grievance process. For more information on abuse of the grievance procedure, please see Section IV.I.

## III. DEFINITIONS

1. **Abuse of the Inmate Grievance Process** - demonstrating a pattern of abuse of the inmate grievance process by submitting clearly frivolous or repetitious grievances, or knowingly submitting false documents.

2. **Departmental Grievance Coordinator** - the individual responsible for coordinating and monitoring the Departmental Inmate Grievance Procedure.

3. **Exhaustion of Administrative Remedies** - the completion of the grievance process as outlined in this policy, from informal review through the formal—Level 2 appeal.

4. **Facility Grievance Officer** – a Supervisor (security staff) at each facility designated by the Warden/designee to coordinate the Inmate Grievance Procedure.

5. **Grievance/Complaint** - a written complaint filed by an inmate on the inmate's own behalf in accordance with the procedures stated in this policy.

6. **Negligence** – the failure to exercise the standard of care that a reasonable prudent person would have exercised in a similar situation. Failure to comply with RIDOC policies, facility standard operating procedures (SOPs), protocols and post orders.

7. **Retaliation** - any action or threat of action against any staff member or inmate for good faith participation in the grievance procedure.

8. **Unprocessed Grievance** – the term used to describe a complaint/grievance addressing a particular issue being returned to an inmate without being processed in any manner.

## IV. PROCEDURES

A. A grievance may only be filed:

1. concerning one grievable subject matter,

2. by the inmate directly affected by the alleged incident, and

3. within seven (7) days of the actual situation/incident, or within seven (7) days after the inmate becomes aware of the situation/incident.

B. Grievable Areas of Facility Life

1. Interpretation and application of policies, rules and procedures of the facilities and/or Department. The inmate must specifically demonstrate with factual basis that s/he has been in some manner, unfairly or personally adversely affected by the interpretation or application of facility and/or Department policy, procedure or rule.

2. Individual employee(s) action(s), including any denial of access to the inmate grievance procedure, except where the denial is based on abuse of the grievance procedure as outlined in this policy.

3. Formal or informal retaliation for use of, or participation in, the inmate grievance procedure.

4. Property loss or damage.

5. Any other matter relating to access to privileges, programs, and/or services; conditions of care or supervision; and living facility conditions within the authority of RIDOC, except as noted in this policy.

C. Non-Grievable Areas of Facility Life

1. The following is a list of **non-grievable areas of facility life, using the grievance process outlined in this policy**:

a. State and Federal laws and regulations.

b. State and Federal court decisions.

c. The process of developing any Departmental policies.

d. Discipline decisions and all processes leading to the decision (for more information on the complaint process for discipline decisions, please see the most recent version of RIDOC policy 11.01 DOC, Code of Inmate Discipline).

e. Classification decisions and all processes leading to the decision (for more information on the classification process please see the most recent version of RIDOC policy 15.01 DOC, Classification Process).

f. Health care, and decisions made by qualified medical and mental health personnel related to an inmate's health (for more information on the complaint process for health care decisions, please see the most recent version of RIDOC policy 18.11 DOC, Inmate Complaints Relative to Health Care Services).

g. Parole Board decisions.

h. Designation of an inmate as a Security Risk Group (SRG) or Protective Custody (PC) inmate.

i. Unlawful acts committed by inmate(s).

j. Matters beyond RIDOC's control, including matters involving the loss or delay of mail by the U.S. Postal Service or other carriers, e.g., UPS, Federal Express, etc.

k. The subject of any prior grievance where a decision has been reached through the Grievance Procedure outlined in this policy.

l. Allegations of sexual abuse or sexual harassment [for more information on reporting allegations of sexual abuse or sexual harassment, please see the most recent version of RIDOC policy 9.49 DOC, PREA (Prison Rape Elimination Act) Policy].

m. Decisions to assign a gender diverse or intersex inmate to a male or female facility and all processes leading to the decision (for more information, please see the most recent version of RIDOC policy 9.52 DOC, Management of Gender Diverse and Intersex Inmates).

2. Complaints related to non-grievable areas of facility life that are determined to be clear violations of this policy will be rejected and returned to the inmate as an unprocessed grievance.

3. All complaints that are reports of an allegation of sexual abuse or sexual harassment shall be immediately forwarded to the Special Investigations Unit (SIU) or the Office of Inspection (OI) and investigated pursuant to RIDOC policy and procedure.