James Harris #1271009
PO Box 8200
Cranston, RI 02920

U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building And Courthouse
Providence, RI 02903