James Harris #121009
PO Box 8200
Cranston, RI 02920

U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903