**UNITED STATES DISTRICT COURT**
***DISTRICT OF RHODE ISLAND***

# INFORMATION REGARDING THE ACCEPTANCE OF SERVICE INVOLVING RHODE ISLAND STATE EMPLOYEES, DEPARTMENTS, AGENCIES

The Court has granted your motion to proceed *in forma pauperis* (IFP) and has identified your case as one that is eligible to proceed under an agreement between the U.S. District Court for the District of Rhode Island and the Attorney General of the State of Rhode Island regarding the acceptance of service by electronic means via the Court's Case Management/Electronic Case Files System ("CM/ECF").

This notice constitutes service as directed by the Court on the State of Rhode Island. The Attorney General agrees that the receipt of the Notice of Electronic Filing (NEF) complies with the requirements of service of the complaint as outlined in Fed. R. Civ. P. 4 and agrees not to contest the adequacy of service in which notice is transmitted by this means.

The Attorney General will have thirty (30) days from the entry of this notice to file a Notice of Acceptance of Service on behalf of the defendant(s) named in the complaint or a Notice of Declination of Service or both if necessary.

If service is accepted, it shall constitute both proof of service and acceptance of service under Fed. R. Civ. P. 4, and the Court will commence the 60−day response period from the date the Notice was entered on the docket, as though service had been made by mailing a request for a waiver to the defendant pursuant to the provisions of Fed. R. Civ. P. 4(d)(3).

If service is declined, the Attorney General shall to the extent able, explain the reason for declination, and the Court will send to you a letter and the appropriate forms for a summons request.

This agreement is designed to facilitate timely and efficient service of process for civil actions involving the State of Rhode Island or its employees. You do not need to do anything further at this time. You will be timely notified when the Attorney General files its Notice of Acceptance or Declination.

August 31, 2026

Hanorah Tyer−Witek
Clerk of Court