District Court of the United States
for the District of Rhode Island

James Harris, Plaintiff
v. CA# 1:26-cv-00594-JJM-PAS
Audrey Levy-Lachance, Defendant

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

James Harris states:

1. I am the plaintiff in the above-entitled case. I make this declaration in support of my motion for this Appointment of Counsel.

2. The Complaint alleges that the plaintiff was/is being denied adequate medical care by the defendant (a prison medical doctor). The defendant who knows of my positive H. Pylori test as of March 11, 2026 and of my daily sharp pains as well as numerous other symptoms. Defendant has refused to prescribe medication to treat the infection.

3. This is a complex case because it involves medical issues that may require expert testimony.

4. The plaintiff has demanded a Jury trial.

5. The case will require discovery of documents and depositions of a number of witnesses.

6. The plaintiff has only a high school education with very little college education and no legal education.

7. The plaintiff is serving time at the High-security center's Restrictive Housing Program (RHP). For this reason, he has very limited access to legal materials and has no Ability to investigate the facts of this case, for example, locating and securing expert witness's who know of the possible life threatening effects of not treating H. Pylori.

8. As set forth in the Memorandum of Law Submitted with this motion, these facts, along with the legal merit of plaintiff's claims, Support the appointment of counsel to represent the plaintiff.

WHEREFORE, the plaintiff's motion for appointment of counsel should be granted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of September, 2026.

[signature] Signed. James Harris