James Harris #127609
PO Box 8200
Cranston, RI 02920

PROVIDENCE RI 028
15 SEP 2026 PM 4 L

US POSTAGE
ZIP 02920
02 7H
$ 001.07⁰
0008935870 SEP 14 2026

U.S. District Court
One Exchange Terrace
Providence, RI 02903

02903-177999