RECEIVED
SEP 21 2026
U.S. DISTRICT COURT
DISTRICT OF R.I.

Dear Honorable Judge,

I am writting in regards to the two (2) pending cases I have pin this court. The first case was filed on June 30th, 2026. Arising from a violation of RLUIPA. The second case an eighth Amendment claim was filed some time in August. Case one is Harris v. Salisbury, et Al.. Case two is Harris v. Levy-Lachance. I do not know the case # for either due to the fact that all of my personal property has been confiscated pending investigation. As of now until the forseeable future I do not have any legal paperwork, no law books, no religious books, no clothing, no hygiene products, etc.. I'm writting to inform you that should any defendant in these cases files objections or any dispositive motion to dismiss or anything else I have no means to litigate at this time. I've filed a motion to appoint counsel in my second case, (the eighth Amendment claim) but now also would ask you to appoint counsel for both of my civil actions due to me not being able to litigate because of all my property being confiscated under investigation. Thank you for your time in this matter.

Dated: 9/16/2026

Humbly Submitted,

[signature]

James Harris a/k/a Cing Lion Harris