James Harris # 127609
PO Box 8200
Cranston, RI 02920

BOSTON MA 020
19 SEP 2026 PM 3 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 02920 $ 000.78⁰
02 7W
0008035870 SEP 17 2026

U.S. District Court
One Exchange Terrace
Providence, RI 02903

02903-177999