UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES HARRIS<br>Plaintiff, | : | |
| | : | : |
| v. | : | C.A. No. 1:26-cv-00594-JJM-PAS |
| | : | |
| AUDREY LEVY-LACHANCE, PA-C<br>Defendants | : | |

**NOTICE OF APPEARANCE**

I, Sean M. Ennis, hereby enter my appearance on behalf of Defendant, Audrey Levy-Lachance, PA-C, in her individual capacity only.

**DEFENDANT,**
**AUDREY LEVY-LACHANCE, PA-C,**

By her Attorneys,

Sean M. Ennis (#10191)
Capplis, Connors, Carroll & Ennis, PC
66 Brooks Drive, Second Floor
Braintree, MA 02186
(617) 227-0722
sennis@ccclaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Motion with the ECF Filing System and that the document is available for viewing and downloading and that I mailed a copy of the foregoing document by first class mail, postage prepaid on this 30th day of September, 2026 to:

James Harris, pro se
ID # 127609
High Security Center
P.O. Box 8200
Cranston, RI 02920

Sean M. Ennis (#10191)
Capplis, Connors, Carroll & Ennis, PC
66 Brooks Drive, Second Floor
Braintree, MA 02186
(617) 227-0722
sennis@ccclaw.org