RECEIVED
OCT 06 2026
U.S. DISTRICT COURT
DISTRICT OF R.I.

re: Case number: 1:26-cv-00594-JJM-PAS;
re: Case number: 1:26-cv-00424-JJM-AEM

Dear Clerk of the Court Mrs. Viviana Gonzalez Gomez, I'm writting in regards to the two above case numbers as an update to the lette recieved from me by the court on 9/21/2026. I was informed by correctional officers that all my personal property has been thrown in the trash including all legal paperwork, copies of all my exhibits, family pictures, religious books, clothes, sneakers, hygiene products, everything. I was told that I am on the brass' "shit list", (excuse my language), because I keep filing grievances and lawsuits. I am in the process of replacing all paperwork that was thrown out and humbly ask you to please send me a copy of the original complaints and all exhibits filed with the original complaints in the two above referenced case numbers. I will continue to litigate these cases to the best of my ability and will not be intimidated by the R.I.D.O.C.. The copies I request are greatly necessary and will be greatly appreciated. Thank You!

Humbly submitted,

James Harris, pro se Dated: 9/30/2026

[signature]