James Harris #127609
Po Box 8200
Cranston, R.I. 02920

BOSTON MA 020
3 OCT 2026 PM 2 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 02920 $ 000.78⁰
02 7W
0008035870 OCT. 01. 2026

United States District Court
office of the Clerk
one Exchange Terrace
Providence, R.I. 02903

02903-177999